## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSE BALDERAS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.12-cv-956 (KBJ) |
| | ) | |
| BRW, INC. d/b/a CAPTAIN WHITE SEAFOOD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On September 26, 2013, the parties filed a Joint Motion to Approve Settlement ("Joint Motion"), requesting that this Court approve the settlement agreement they had reached in this action. (ECF No. 26.) In the Joint Motion, the parties represented that payments under the settlement agreement would be due five business days after this Court approved the agreement, and that they would jointly move to dismiss this action after defendants made those payments.

This Court entered an Order granting the Joint Motion and approving the settlement agreement on September 27, 2013. (ECF No. 27.) More than five business days have passed since entry of this Order, but the parties have failed to move to dismiss this action.

Accordingly, in light of the parties' representations and the terms of the settlement agreement, it is hereby

**ORDERED** that the case is **DISMISSED**.  The dismissal shall be without prejudice from now through November 14, 2013.  If defendants have not made the settlement payments due under the settlement agreement by that date, either party may reopen the action upon motion approved by the Court.  Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed *with* prejudice.

**SO ORDERED.**

Date:  November 6, 2013

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge